**DISMISS and Opinion Filed February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01214-CV

**HCD HOUSTON CORPORATION, TRT HOLDINGS, INC., OMNI HOTELS MANAGEMENT CORPORATION, AND ALLEGIANCE HOSPITALITY SERVICE COMPANY, LLC, Appellants**

**V.**

**PAM ESLINGER, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ELLA JILL RENICK, AND OLETA RENICK, INDIVIDUALLY, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07211**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

The Court has before it the parties' February 20, 2020 joint motion to terminate stay and to dismiss appeal, stating the parties have reached a settlement in the above cause. We grant the parties' motion. We lift the stay ordered by this Court on November 29, 2018 and dismiss the appeal.

/Amanda L. Reichek
AMANDA L. REICHEK
JUSTICE

181214F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HCD HOUSTON CORPORATION, TRT
HOLDINGS, INC., OMNI HOTELS
MANAGEMENT CORPORATION AND
ALLEGIANCE HOSPITALITY SERVICE
COMPANY, LLC, Appellants

No. 05-18-01214-CV          V.

PAM ESLINGER, AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ELLA JILL RENICK; AND OLETA
RENICK, INDIVIDUALLY, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07211.
Opinion delivered by Justice Reichek;
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement by the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered February 24, 2020